**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**CARLOS RIVERA,**

                              **Plaintiff,**

                                                              **9:05-CV-0967**
         **v.**                                               **(TJM/GHL)**

**G. LAWRENCE, Housing Lieutenant,**
**Mid-State Correctional Facility,**

                              **Defendant.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


                         **DECISION & ORDER**

        This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon.

George H. Lowe, United States Magistrate Judge, for a Report and Recommendation

pursuant to 28 U.S.C. § 636(b) and Local Rule N.D.N.Y. 72.3(c).  The Report-

Recommendation dated March 31, 2009 recommended that Defendant's motion for

summary judgment (dkt. # 45) be denied, and that, to the extent that Plaintiff moves for

summary judgment in his Memorandum of Law in Opposition to Defendant's Summary

Judgment Motion (dkt. # 47), this motion also be denied.[1]  No objections to the Report-

Recommendation have been filed and the time to do so has expired.

_____

        [1]Also on March 31, 2009, Magistrate Judge Lowe issued an Order requiring the Clerk to serve on
Plaintiff  "copies of the electronically-available-only opinions cited on pages 5, 7, 9, 11, 16, and 19 of the
Report-Recommendation issued on March 31, 2009."  Order, dkt. # 51 (citing Lebron v. Sanders, 557 F.3d 76
(2d Cir. 2009)).

                                          1

After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore,

**ORDERED** that Defendant's motion for summary judgment (dkt. # 45) is **DENIED**. And it is further

**ORDERED** that, to the extent that Plaintiff moves for summary judgment in his Memorandum of Law in Opposition to Defendant's Summary Judgment Motion (dkt. # 47), this motion is also **DENIED**.

**DATED:** June 18, 2009

Thomas J. McAvoy
Senior, U.S. District Judge